## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**JOHNNIE E. RAY, SR.**

**VERSUS**

**THE HOME DEPOT, USA, INC., ET AL**

**CIVIL ACTION**

**NO.  06-213-RET-CN**

### O R D E R

An unscheduled telephone hearing on the pending motion to quash was held February 19, 2008.

        **PRESENT:**        **Raphael Juneau, Jr.**
                                Counsel for Plaintiff

                                **Gregory P. Aycock**
                                Counsel for Defendants

The motion was discussed and counsel for defendant gave his argument to the court, therefore, no opposition needs to be filed.  Since the Order of February 14, 2008 only allows discovery on the issue of plaintiff's medical condition and the discovery requests cover other issues, the motion will be granted.

Accordingly;

**IT IS ORDERED** that Plaintiff's Motion to Quash Employment Records Subpoenas (Dkt. # 33) is hereby **GRANTED** and the discovery requests are quashed.

Signed in chambers in Baton Rouge, Louisiana, February 19, 2008.

                                                    **MAGISTRATE JUDGE CHRISTINE NOLAND**

CV38c; T:25