UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 SEP 17 A 10:30

SIGN
BY DEPUTY CLERK

JOHNNIE E. RAY, SR.

VERSUS

THE HOME DEPOT USA, INC., ET AL

CIVIL ACTION

NO. 06-213-JVP-CN

## RULING ON MOTION IN LIMINE

This matter is before the court on a motion in limine by plaintiff, Johnnie E. Ray, Sr., to exclude from trial of this matter any reference to any other claims made or lawsuits filed by the plaintiff (doc. 41). Defendant, The Home Depot USA, Inc., "opposes" the motion (doc. 42), indicating that it does not intend to introduce into evidence the fact that plaintiff has filed several lawsuits.[1]

Accordingly, the motion in limine by plaintiff, Johnnie E. Ray, Sr., to exclude from trial of this matter any reference to any other claims made or lawsuits filed by the plaintiff (doc. 41) is hereby **DENIED AS MOOT**.

The court has also received a communication from counsel for plaintiff regarding the testimony of medical experts which indicates some confusion regarding presentation of such testimony.

---

[1] Defendant does, however, indicate its intention to offer evidence of plaintiff's previous accidents and injuries as probative of medical causation. According to defendant, plaintiff does not object.

First, the court has no preference as to how such testimony is presented. The only concern is that if the testimony is presented to the jury by deposition, either written transcript or videotape, that all irrelevant or redundant portions be fully redacted before presentation to the jury.

In view of the storms, the "twenty (20) day" rule is suspended for this trial, provided that videos and transcripts are timely made available to opposing counsel.

Baton Rouge, Louisiana, September 17, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA