UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNIE E. RAY, SR.

VERSUS

THE HOME DEPOT USA, INC.,
and ENMON ENTERPRISES, LLC
d/b/a JANI-KING

CIVIL ACTION

NO. 06-213-JVP-CN

FILED
U.S. ... OURT
... A

2008 ... 10: 27

... CK

## JUDGMENT

This cause came on before the court, Honorable James J. Brady, presiding, the jury having rendered its verdict on October 17, 2008 (doc. 70);

Considering the court's order granting motion for dismissal filed April 17, 2006 (doc. 5), dismissing defendant, Enmon Enterprises, LLC without prejudice;

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of defendant, The Home Depot USA, Inc., and against plaintiff, Johnnie E. Ray, Sr., and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, October 29, 2008.


JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA